IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

**MIGUEL ANGEL RIOS,**

    Petitioner,

v.                                  Case No. 3:15cv576-LC/CAS

**JULIE L. JONES, Secretary,
Department of Corrections,**

    Respondent.
_____/

## ORDER

This cause comes on for consideration upon the United States Magistrate Judge's Report and Recommendation (ECF No. 28) dated August 17, 2017. The parties have been furnished a copy of the Report and Recommendation and have been afforded an opportunity to file objections. No objections have been filed.

Having considered the report and recommendation, I have determined that the Report and Recommendation should be adopted.

Accordingly, it is **ORDERED** as follows:

1. The magistrate's Report and Recommendation is adopted and incorporated by reference in this order.

2.  The petition for writ of habeas corpus filed by Petitioner Rios pursuant to 28 U.S.C. § 2254 is **DENIED**.  A certificate of appealability and leave to appeal in forma pauperis are also **DENIED**.

3.  The Clerk shall enter judgment and close this file.

**DONE AND ORDERED** this 21st day of September, 2017.

*s/L.A. Collier*
**LACEY A. COLLIER**
**Senior United States District Judge**